RECEIVED
SDNY PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2017 MAY -4 PM 2:31

S.D. OF N.Y.

17CV 3340

CHARLES J. MYSAK
Write the full name of each plaintiff.

____CV____
(Include case number if one has been assigned)

-against-

CITY OF NEW YORK POLICE DEPARTMENT

**COMPLAINT**

Do you want a jury trial?
☐ Yes   ☑ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 1/9/17

## I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

### A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

FIRST AMENDMENT RIGHTS (I AM A BOOK-MAGAZINE VENDOR)
FOURTH AMENDMENT RIGHTS, THE RIGHT TO BE FREE FROM UNREASONABLE
SEARCHES AND SEIZURES
U.S.C.A. 1983.

### B. If you checked Diversity of Citizenship

#### 1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, (NAME) _____, is a citizen of the State of
                 (Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

CHARLES     J     MYSAK
First Name     Middle Initial     Last Name

12H WATERFALL COURT
Street Address

BLOOMINGDALE     N.J.     07403
County, City     State     Zip Code

1-862-763-0114
Telephone Number     Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1: CITY OF NEW YORK POLICE DEPARTMENT
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 2:
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 3:
First Name          Last Name

Current Job Title (or other identifying information)

Current Work Address (or other address where defendant may be served)

County, City          State          Zip Code

Defendant 4: _____
              First Name            Last Name

_____
Current Job Title (or other identifying information)

_____
Current Work Address (or other address where defendant may be served)

_____
County, City         State         Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 68th Street and Columbus Ave, New York, N.Y.

Date(s) of occurrence: May 2-3 2017 - July 27, 2016

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

I own and operate a bookstand located at 68th Street and Columbus Ave, N.Y., N.Y. - I have operated this stand for more than 20 years at this location - I work from 6:00 A.M. in the morning until 9 or 10 o'clock at night - During the day of May 2, two police officers came to my stand and commented at how well it looked, and asked me to remove 2 boxes at the end of the stand. This was done, I secured my stand shortly after 9:00 and when I returned the next morning, my stand was dismantled, and all of its contents removed. This is essentially the same scenario that played out under cover of darkness in the morning hours of July 27 2016 - I have complained to the Mayor, Police Commissioner concerning these actions and have demanded the return of my property to no avail, the Police had no warrant to search or seize my property -

NO SUMMONS WAS ISSUED TO ME AT THE TIME OF THESE TAKINGS OR TO DATE. NO COURT ORDER EXISTS AUTHORIZING THE SEIZURE OF MY BOOKS/MAGAZINES — THIS CONSTITUTES A NAKED PUBLIC TAKING. THE POLICE EITHER DO NOT KNOW WHERE MY BOOKS/MAGAZINES ARE — OR IF THEY DO — TO DATE THEY HAVE RETURNED NOTHING. AT ALL RELEVANT TIMES HERETO THE POLICE WERE AWARE THAT I OPERATE THIS STAND, AND ITS CONTENTS BELONG TO ME —

## INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

THE POLICE HAVE ESSENTIALLY DESTROYED MY ENTERPRISE — THEY HAVE DONE SO IN AN ATTEMPT OR RID THE UPPER WEST SIDE OF BOOK VENDORS — THEY HAVE HAD AMPLE OPPORTUNITY TO APPLY TO AN APPROPRIATE COURT FOR A WARRANT - IF THEY THOUGHT ONE WAS APPROPRIATE - YET THEY DID NOT DO SO

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

VERY SIMPLY, I AM SEEKING THE RETURN OF MY PROPERTY TO THE PLACE FROM WHICH IT WAS TAKEN — WITHOUT A COURT ORDER TO THIS EFFECT — THE POLICE WILL NOT RETURN MY BOOKS/MAGAZINES, MANY OF WHICH HAVE ANTIQUARIAN VALUE —

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

_May 4, 2017_
Dated

_Charles_   _J._   _Mysak_
First Name   Middle Initial   Last Name

_12 N Waterfall Ct._
Street Address

_Bloomingdale_   _NJ_   _07403_
County, City   State   Zip Code

_1-862-763-0114_
Telephone Number   Email Address (if available)

Plaintiff's Signature

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☐ Yes  ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.