UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CHARLES J. MYSAK
Write the full name of each plaintiff.

17 CV 3340 (JPO)(SN)
(Include case number if one has been assigned) SECOND

-against-

AMENDED
COMPLAINT

CITY OF NEW YORK, N.Y.P.D OFFICER ANTHONY LAVINO, N.Y.P.D OFFICER TATIANA PAULOVICI, N.Y.P.D OFFICER MARGARET ABREU, N.Y.P.D OFFICER CHRISTOPHER O'BRIEN, N.Y.P.D OFFICER GUSTAVO LOPEZ, N.Y.P.D. OFFICER NOEL OLIVO

Do you want a jury trial?
☐ Yes  ☒ No

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/21/18

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

2018 FEB 21 AM 10:55
S.D. OF N.Y.
SDNY PRO SE OFFICE
RECEIVED

I. BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☑ Federal Question

☐ Diversity of Citizenship

A. If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

FIRST AMENDMENT, FOURTH AMENDMENT, AND FOURTEENTH AMENDMENT OF THE U.S. CONSTITUTION; U.S.C.A. §1983

B. If you checked Diversity of Citizenship

1. Citizenship of the parties

Of what State is each party a citizen?

The plaintiff, _____, is a citizen of the State of
(Plaintiff's name)

_____
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

Page 2

If the defendant is an individual:

The defendant, _____, is a citizen of the State of
(Defendant's name)

_____

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_____.

If the defendant is a corporation:

The defendant, _____, is incorporated under the laws of

the State of _____

and has its principal place of business in the State of _____

or is incorporated under the laws of (foreign state) _____

and has its principal place of business in _____.

If more than one defendant is named in the complaint, attach additional pages providing information for each additional defendant.

## II. PARTIES

### A. Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional pages if needed.

CHARLES                    J.            MYSAIK
First Name        Middle Initial        Last Name

124 WATERFALL CT.
Street Address

BLOOMINGDALE            NJ.                    07403
County, City            State                Zip Code

1-862-763-0114
Telephone Number                Email Address (if available)

## B. Defendant Information

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:
CITY OF NEW YORK
First Name / Last Name

A MUNICIPAL CORPORATION
Current Job Title (or other identifying information)

100 CHURCH ST.
Current Work Address (or other address where defendant may be served)

N.Y., N.Y.       N.Y.       10007
County, City     State      Zip Code

Defendant 2:
ANTHONY   LAVINO
First Name / Last Name

N.Y.P.D. LIEUTENANT
Current Job Title (or other identifying information)

20th PCT. 120 W. 82 STREET
Current Work Address (or other address where defendant may be served)

N.Y., N.Y.       N.Y.       10024
County, City     State      Zip Code

Defendant 3:
TATIANA   PAULOVICI
First Name / Last Name

N.Y.P.D OFFICER SHIELD NO. 30158
Current Job Title (or other identifying information)

20th PCT. 120 W. 82 ST
Current Work Address (or other address where defendant may be served)

N.Y., N.Y       N.Y       10024
County, City    State     Zip Code

DEFENDANT 4. MARGARET ABREU
N.Y.P.D. OFFICER SHIELD NO. 13577
20th PRECINCT 120 W. 82 ST N.Y., N.Y.    N.Y   10024

DEFENDANT 5 CHRISTOPHER O'BRIEN
N.Y.P.D. OFFICER SHIELD NO. 36 20th PCT 120 W. 82 ST N.Y. N.Y. N.Y. 10024

DEFENDANT 6 GUSTAVO LOPEZ
N.Y.P.D. OFFICER SHIELD NO. 27362 20th PCT. 120 W. 82/ST N.Y. N.Y.

Page 4

Defendant 7: NOEL OLUJO
First Name / Last Name

N.Y.P.D OFFICER SHIELD NO. 08988
Current Job Title (or other identifying information)

CRITICAL RESPONSE COMMAND / RANDALL ISLAND
Current Work Address (or other address where defendant may be served)

N.Y. N.Y — N.Y — 10035
County, City / State / Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: 68th ST. COLUMBUS AVE N.Y N.Y

Date(s) of occurrence: MAY 2·3 2017

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

On or about May 2-3 2017, under cover of darkness, the 6 defendant police officers dismantled my bookstand and seized its contents. Plaintiff is the owner, operator of the bookstand which has stood at this location for almost 20 years. The stand operates from 6-7AM. to 9:00·10:00 P.M. each day, at which time it is covered and secured. The search and seizure of the stand and its contents took place without a warrant or Court Order in violation of my first, fourth, and fourteenth Amendment rights under the U.S. Constitution. Defendant City of New York has set up a caste system for book vendors. In the first category is the Strand which operates 300 feet of tables at 5th Ave & Central Park, and whose tables and books are stored overnight and "unattended" without fear of summons or the kind of seizure which took place in this case. In the 2nd category of vendors is one, whose stand is put under surveillance to see when I leave for home, and whose stand then becomes subject to seizure and enterprise destroyed.

SEE ATTACHED

Page 5

FACTS: CON'TD.

THIS system of enforcement as applied is arbitrary, capricious, and unreasonable to my detriment. Precisely this kind of scenario played out on May 24 2017 when from 1:30 A.M. to 4:00 AM, officers set up a surveillance, and when I secured my stand, they came with a van to seize it which seizure was thwarted only because I was present. On Dec. 2, 2017 Defendant Lopez issued me a summons for the May 3 incident clearly in retaliation for this suit.

Finally when the police did return my books, fully 1/3 of the stock has been permanently damaged because of the manner in which they were stored, piled one on top of the other. The tarps which secured my stand have never been returned.

### INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

The injury to the books which were carried off is substantial, as because of their condition, they cannot be re-sold. Also I incurred and am incurring costs for truck rental and storage space to go through my property which was unlawfully removed.

### IV. RELIEF

State briefly what money damages or other relief you want the court to order.

$25,000 + and I seek relief from the N.Y.P.D. to stop them from carrying off my stand wherever the court moves them.

Page 7

## V. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: 2.21.2018

Plaintiff's Signature

First Name: CHARLES
Middle Initial: J.
Last Name: MYSAK

Street Address: 124 WATERFALL CG.

County, City: BLOOMINGDALE
State: NJ
Zip Code: 07403

Telephone Number: 1-862-763-0114

Email Address (if available):

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:
☒ Yes   ☐ No

If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.   I DO NOT CONSENT

CJM.

Page 8